# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **CEASAR SMITH** | * | **CIVIL ACTION NO. 19-0492** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **GE HEALTHCARE, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court are motions to dismiss filed by Defendants General Electric Company and GE Healthcare, Inc. ("GEHC") [Doc. No. 8] and Defendant McKesson Corporation [Doc. No. 5].

On September 4, 2019, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 23] in which she recommended that both motions be granted in part and denied in part.

However, on September 18, 2019, Plaintiff Ceasar Smith ("Smith") filed an Unopposed Motion for Leave to File Plaintiff's First Amended Complaint [Doc. No. 25]. On September 19, 2019, Magistrate Judge Hayes granted the motion [Doc. No. 26], and the Amended Complaint [Doc. No. 27] has been filed in the record.

In the Amended Complaint, Smith no longer asserts claims against McKesson. McKesson is no longer a Defendant in this matter, and its motion to dismiss is **DENIED AS MOOT.**

Additionally, Smith appears to have resolved the issues raised by GEHC in their motion to dismiss. He now asserts only express warranty, failure to warn, and design defect claims under the Louisiana Products Liability Act ("LPLA"). Smith's assertions address the

deficiencies identified by Magistrate Judge Hayes with regard to the design defect claim.

Finally, it appears that Smith has withdrawn any non-LPLA claims against GEHC. Accordingly, that motion to dismiss is also **DENIED AS MOOT**.

MONROE, LOUISIANA, this 19th day of September, 2019.

                                                                                   TERRY A. DOUGHTY
                                                                                   UNITED STATES DISTRICT JUDGE