UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| CEASAR SMITH | * | CIVIL ACTION NO. 19-0492 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| GE HEALTHCARE, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that General Electric Company and GE Healthcare, Inc.'s motion to dismiss [Doc. No. 8 ] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to dismiss to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 5] filed by Defendant McKesson Corporation is **DENIED AS MOOT**. The McKesson Corporation is no longer a Defendant in this matter.

MONROE, LOUISIANA, this 19th day of September, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE