UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CEASAR SMITH** | **CASE NO. 3:19-CV-00492** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GE HEALTHCARE INC ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 50] of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that General Electric Company and GE Healthcare, Inc.'s motions to dismiss [Doc. Nos. 33 and 43] are **GRANTED**, and that plaintiff's design defect claim, the failure-to-warn claim, and the breach of express warranty claim as it relates to the claim gadolinium is eliminated from the body are hereby **DISMISSED, WITH PREJUDICE**, reserving only plaintiff's claim for breach of an express warranty that gadolinium does not cross the blood-brain barrier.

THUS DONE AND SIGNED this 15th day of April, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE